*In re* Jovino Martínez Ramírez.

*Número:* CP-95-7          *Resuelto:* 12 de septiembre de 1997

*Harry N. Padilla*, abogado de Jovino Martínez Ramírez.

## RESOLUCIÓN

La sanción impuesta de seis (6) meses de suspensión del ejercicio de la abogacía al licenciado Martínez Ramírez se ha se cumplido, y por sus propios términos, *se provee su reinstalación.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*